# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
CARL W. LANDERS **06-314 C**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Bonita P. Martinez, Esq.

Firm Name:

Post Office Box:

Street Address: 304 Hawthorn Street

City-State-Zip: San Diego, California

Telephone & Facsimile Numbers: 619 - 696 - 8166

E-mail address: BonitaP.Martinez@AOL.Com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O J Other ATTORNEY GENERAL of United States

**See attached Sheet for three digit code.**

Amount Claimed: $ 195,000 (to be determined)

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005