# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**CARL W. LANDERS,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 06-314C**
**Filed: May 24, 2006**

## O R D E R

On May 15, 2006, the clerk's office received a response from the plaintiff on his pending application to proceed in forma pauperis. The clerk's office shall **FILE** the plaintiff's May 15, 2006 response by leave of the court. The court also is in receipt of a response from plaintiff's counsel to the court's order of May 3, 2006. Plaintiff's counsel indicates that the plaintiff's application to proceed in forma pauperis is **WITHDRAWN**. Plaintiff remitted the court's filing fee on May 18, 2006. The court, therefore, considers this matter closed.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**