# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **CARL W. LANDERS,** | |
| **Plaintiff,** | |
| **v.** | **No. 06-314C** |
| **UNITED STATES,** | **Filed: June 5, 2006** |
| **Defendant.** | |
| * * * * * * * * * * * * * * * | |

**O R D E R**

On May 23, 2006, the clerk's office received the facsimile copy of a May 23, 2006 letter from plaintiff's counsel, requesting until June 24, 2006 to register with the court's CM/ECF system. The clerk's office forwarded counsel's facsimile copy to chambers for decision, since the court's order of May 3, 2006 had instructed plaintiff to obtain bar membership and CM/ECF registration on or before May 24, 2006. Plaintiff's request for additional time for these matters is **GRANTED**. The clerk's office shall **FILE** the plaintiff's May 23, 2006 request by leave of the court. For future reference, plaintiff's counsel shall submit requests to the court by way of motion, with the proper caption and number of copies, pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims. Chambers will electronically file this order; however, the clerk's office shall **MAIL** a copy of this order to plaintiff's counsel Bonita P. Martinez, 304 Hawthorn Street, San Diego, CA 92101. Following June 24, 2006 all orders will be filed electronically only and the court may consider whether or not to dismiss plaintiff's case for failure to prosecute unless plaintiff obtains counsel who can comply with the court's rules of membership in the court's bar and on electronic filing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**